UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARCUS TREMAYNE GREEN,

Plaintiff,

v. Case No: 8:26-cv-00990-JLB-NHA

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_______________________________________/

**ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 16), recommending that: the Commissioner's unopposed motion to remand (Doc. 15) be granted to the extent that the case be remanded; the relief requested in Plaintiff's brief in opposition to the Social Security Administration's decision (Doc. 12) be granted to the extent that the Commissioner's decision be reversed and the case be remanded for further proceedings consistent with the motion to remand; and the Court direct that upon remand the Social Security Administration take any further action needed to complete the administrative record, consider the record evidence, including the medical opinions and prior administrative medical findings, and issue a new decision. No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de

novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The United States Magistrate Judge's Report and Recommendation (Doc. 16) is **ADOPTED** and made a part of this Order for all purposes.
2. The Commissioner's unopposed motion to remand (Doc. 15) is **GRANTED**, to the extent that the case is remanded.
3. The relief requested in Plaintiff's brief in opposition to the Social Security Administration's decision (Doc. 12) is **GRANTED**, to the extent that the Commissioner's decision is **REVERSED** and the case is **REMANDED** for further proceedings consistent with the motion to remand.
4. Upon remand, the Social Security Administration is **DIRECTED** to (a) take any further action needed to complete the administrative record; (b) consider the record evidence, including the medical opinions and prior administrative medical findings; and (c) issue a new decision.
5. The Clerk of the Court is **DIRECTED** to enter judgment for Plaintiff with instructions that the Commissioner's decision is **REVERSED**

under sentence four of 42 U.S.C. § 405(g) and that the case is **REMANDED** for further administrative proceedings consistent with this recommendation.

6. The Clerk of the Court is **DIRECTED** to **CLOSE** the case.

**IT IS ORDERED** in Tampa, Florida, on August 18, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE